IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| CASSANDRA CHANDLER, | : | CASE NO. 3:17-CV-00253-TMR |
| Plaintiff, | : | JUDGE THOMAS M. ROSE |
| v. | : | MAGISTRATE MICHAEL J. NEWMAN |
| SENIOR RESOURCE CONNECTION, | : | **AGREED ENTRY OF DISMISSAL** |
| Defendant. | : | |

This day came the parties, by counsel, and it appearing that all claims in this action have been settled, all claims, cross-claims, and counterclaims in this matter are hereby dismissed without record and with prejudice to the bringing of a new action. Each party to be responsible for its own court costs.

As agreed to by the parties, this Court shall retain jurisdiction over the settlement agreement or contract entered into by the parties pursuant to *Kokkonen v. Guardian Life Ins. Co. of America*, 511 U.S. 375, 114 S. Ct. 1673, 128 L.Ed.2d 391 (1994).

_____
JUDGE THOMAS M. ROSE

APPROVED:

/s/ Jason P. Matthews (signature on file)
Jason P. Matthews, Esq. (#0073144)
Jason P. Matthews, LLC
130 West Second Street / Suite 924
Dayton, OH 45402
(937) 608-4368; Fax: (888) 577-3589
jason@daytonemploymentlawyers.com
Attorney for Plaintiff

1

/s/ Eric L. Dauber
Eric L. Dauber (#0063061)
130 West Second Street / Suite 1850
Dayton, OH 45402
(937) 461-6200; Fax: (937) 461-9338
Email: eric_dauber@staffdefense.com
Attorney for Defendant,
Senior Resource Connection